**No. 49655.**—Protests 961015–G/88086, etc., of Naumes Forwarding Service et al. (Chicago).

Opinion by KEEFE, J. On cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, an allowance of

2½ percent was made to compensate for the weight of foreign substances on the outside, and on Reggiano cheese similar to that involved in *Scaramelli* v. *United States* (9 id. 270, C. D. 706) an allowance of 1 percent was made.